NO. SCAD-12-0000713

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

ROBERT D. KAWAMURA, Respondent.

---

ORIGINAL PROCEEDING
(ODC 07-034-8494)

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the Report and Recommendation of the Disciplinary Board of the Supreme Court of the State of Hawaiʻi, the stipulated facts, and the evidence in the record, it appears Respondent Robert D. Kawamura neglected a client matter for nineteen months, to the potential injury of the client's claim, in violation of Rules 1.3 and 8.4(a) of the Hawaiʻi Rules of Professional Conduct. It further appears that Respondent Kawamura cooperated fully with the Office of Disciplinary Counsel (ODC) in its investigation and disciplinary proceedings, but that the investigation and disciplinary proceedings were delayed for a period in excess of four years through no fault of Respondent

Kawamura's. It further appears Respondent Kawamura has a heretofore unblemished disciplinary record and has expressed remorse for his actions. Therefore,

IT IS HEREBY ORDERED that Respondent Robert D. Kawamura is publicly censured, pursuant to Rule 2.3(a)(3) of the Rules of the Supreme Court of the State of Hawai'i.

IT IS FURTHER ORDERED that Respondent Kawamura shall pay all costs of the proceedings, as approved upon a timely submission of a bill of costs, as prescribed by RSCH Rule 2.3(c).

DATED: Honolulu, Hawai'i, October 2, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2